FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 13 AM 11: 14
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CASE NO. CR417-090 |
| MICHAEL BRIAN ANDERSON, | ) |
| Defendant. | ) |

## O R D E R

Before the Court are Defendant's Motion to Compel (Doc. 73), Motion in Limine Relating to Certain Receipts (Doc. 70), and Motion in Limine Relating to Certain Bank Records (Doc. 69). After careful consideration, both of Defendant's motions in limine are **DENIED**. However, Defendant's Motion to Compel is **GRANTED**.

In his Motion in Limine Relating to Certain Receipts, Defendant requests that the Court prohibit the Government from using certain receipts at trial. (Doc. 70.) Defendant maintains that the receipts were in the Government's possession, but were improperly withheld. After careful consideration, this Motion in Limine Relating to Certain Receipts is **DENIED**.

In his Motion in Limine Relating to Certain Bank Records, Defendant requests that the Court prohibit the Government from admitting Defendant's bank records from 2008 onward into evidence. (Doc. 69.) Defendant contends that these records are

irrelevant to this case. After careful consideration, however, Defendant's Motion in Limine Relating to Certain Bank Records is **DENIED**.

In his Motion to Compel, Defendant asserts that he has filed a <u>Touhy</u> request with the Government asking that Agent Scott B. McCormack be made available for trial. (Doc. 73.) Defendant maintains that he has not yet received a response as to the status of his request. However, Defendant has filed this Motion to Compel in the event that his request is denied. After careful consideration, if Defendant's request is denied or remains unanswered, then Defendant's Motion to Compel is **GRANTED**. Agent Scott McCormack must be made available at trial.

SO ORDERED this 13th day of March 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA