UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: CR417-90 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL BRIAN ANDERSON | ) | |

## ORDER

This matter comes before the Court on the Government's motion for an Order appointing the United States to effectuate a sale of Defendant's shrimp boat described below:

> One (1) 1969 wood/fiberglass shrimp trawler, bearing boat hull number 520796, named "Emily & Anna-Marie," titled in the name of Brian Michael Anderson D/B/A Shrimpy's Incorporated, currently docked at 1111 11th Street, Port Royal, South Carolina, 29935.

The Court, having read and considered the Government's motion and the balance of the record, hereby ORDERS the United States, via the United States Attorney's Office, Southern District of Georgia, to conduct a sale for the above-referenced vessel. The proceeds of said sale shall be applied first to satisfy the costs accrued in storing the boat with the remainder remitted to the Clerk to be applied to the balance of Defendant's outstanding order of restitution.

This 10th day of DECEMBER, 2018.

HON. WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 DEC 11 AM 9:20
CLERK
SO. DIST. OF GA.