UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 4:17-CR-90 |
| | ) | |
| MICHAEL BRIAN ANDERSON | ) | |

## ORDER

This matter is before the Court on the Government's Motion to Seal Trial Exhibits Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure. Doc. 175. After careful consideration, and for good cause shown, the Court **GRANTS** the Government's Motion. It is hereby **ORDERED** that the Government's trial Exhibits 1-10, 13, 15, 21, 32, 37-45, 49-54, 56, 58, 101, 103, 105, 107, 109, 111, 113-120, 301, and 302 be sealed until further Order of the Court.

**SO ORDERED**, this 28th day of February, 2019.

WILLIAM T. MOORE, JR.
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA