UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. CR417-090 |
| | ) | |
| MICHAEL BRIAN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Currently before the Court is defendant Michael Brian Anderson's motion to defendant's exhibits 15 and 16, which have been included in the record on appeal, because those exhibits contain personal identifying information as contemplated by Fed. R. Crim. P. 49.1. The Court **GRANTS** this motion and **ORDERS** the clerk to seal these exhibits.

Respectfully submitted this 28th day of February, 2019.

HON. WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE