UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | CASE NO: CR417-90 |
| MICHAEL BRIAN ANDERSON,<br>Defendant, | ) <br> ) <br> ) <br> ) | |
| EDWARD JONES,<br>Garnishee. | ) <br> ) <br> ) <br> ) <br> ) | |

## AMENDED FINAL ORDER OF GARNISHMENT

This matter is before the Court on the Government's request to issue an Amended Final Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205(c)(7) of the Federal Debt Collection Procedures Act, against the substantial nonexempt property belonging to or due to Michael Brian Anderson ("Defendant-Judgment Debtor").

Plaintiff, the United States of America, filed an Application for Writ of Garnishment seeking substantial nonexempt property belonging to or due to Defendant-Judgment Debtor held by the Garnishee. (Doc. 163). A Writ of Garnishment, and the accompanying documents, was duly issued and served on the Garnishee. (Doc. 170). The Garnishee filed its Answer, indicating the disposable earnings in its possession, custody, or control due to the Defendant-Judgment Debtor.

(Doc. 168).

The Defendant-Judgment Debtor was served with the Writ of Garnishment and appropriate instructions, but he did not file a written objection, request a hearing, or file any other response to that Writ or to the Garnishee's Answer, and the twenty-day statutory period to do so has elapsed. *See* 28 U.S.C. §§ 3205(c)(5), and 3202(b),(d).

Having considered the entirety of the record, and noting that the Defendant-Judgment Debtor did not request a hearing or file a written objection, the Court grants the United States' Motion for Entry of an Amended Final Order of Garnishment and orders as follows:

THIS COURT ORDERS that the Garnishee shall pay the entirety of the balance held in each account owned by the Defendant-Judgment Debtor to the Plaintiff, to be applied to Defendant-Judgment Debtor's outstanding restitution balance. The Garnishee shall liquidate the securities therein as needed to comply with this Order, and the Garnishee shall not withhold any amount for tax purposes.

IT IS FURTHER ORDERED that payment by the Garnishee under this Order shall be made by certified check bearing case number 4:17-CR-090-01, payable to "Clerk, U.S. District Court," and delivered to the United States District Court Clerk, P.O. Box 8286, Savannah Georgia, 31412.

IT IS ORDERED that the funds already received by the Clerk of Court shall continue to be applied to the Defendant-Judgment Debtor's current criminal judgment balance.

IT IS ORDERED that the Garnishee shall provide written notification of the date and amount of the payment delivered to the Clerk of Court under this Order to the Defendant-Judgment Debtor: Michael Brian Anderson, Register Number 21997-0021, FCI JESUP, Federal Correctional Institution, 2680 301 South, Jesup, Georgia 31599; and with copies to the United States Attorney's Office, Attention Financial Litigation Unit, P.O. Box 8970, Savannah, GA 31412.

IT IS SO ORDERED this 25th day of MARCH, 2019.

JUDGE WILLIAM T. MOORE, JR
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA